RECEIVED
NOV 28 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

RECEIVED
NOV 10 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE, LOUISIANA

1 of 6

Nov. 8th 2005

Dear Judge Robert James,

The reason I am writing is to present to you the reasons, that I need new Council.

I first met my lawyer Mr. Michael Courteau, on Tuesday April 26th, the day before, my scheduled, Bond Hearing, which occured on Wednesday April 27th.

The second time that I saw, my lawyer was around the second half of May to sign a waiver, for my right to a fast and speedy trial because of the amount of discovery to view.

It was a couple of months latter, before I saw my lawyer again. When he finally did show up, all he could tell me was how bad that I looked in the video and audio. At this time he tried to persuade me to sign the plea agreement, without me even being able to review the discovery as of yet. At this time Mr. Courteau said that he would bring the discovery back for me to go over, also with transcripts of the body wires.

On Saturday August 27th, my lawyer Michael Courteau, delievered the discovery to me, this was a little over three months after the signing of the waiver, to the right to a

2 of 6

fast and speedy trial. Mr. Courteau refused to review the discovery with me saying that he did not have the time to go over it.

I was provided a television VCR by the West Monroe City Jail to review the videotapes. Therefore I was never granted the opportunity to listen to the audio cassette tapes, or the CD-Rom recordings, of the body wires. I was also never provided with transcripts of the body wire tapes that Mr. Courteau promised to provide to me.

The next time that I saw Mr. Courteau was to sign my plea-agreement, on this occassion he also did not want to discuss a possible defense, and he did not go over the guidelines with me. The only possible defense he had for me was to sign the plea-agreement because he said I would lose at trial.

Michael Courteau instead has made numerous attempts to get me to turn as a government witness, against my co-defendant, Mr. Morris Lynn Gulett.

Even though I came up and tried to discuss a possible defense

with Mr. Courteau, he has refused to acknowledge the defense I tried to present to him.

I presented to him the following.

The first time that I ever met the CW, Joshua Caleb Sutter, was on March 18 2005. He was picking me up to attend a meeting of various members of the Church of the Sons of YHVH, that was going to be held that weekend.

Early morning on March 18th, Morris Lynn Gulett's mother called me and told me that my co-defendant, Mr. Gulett had been arrested on DUI charges in Ouachita Parrish Louisiana, and that the meeting scheduled for that weekend had been cancelled, and for us to stay at home.

Joshua Sutter the CW for the FBI had already left, and was on his way to my home in Alabama from South Carolina where he lived, I was to give to him the same message upon his arrival.

After he arrived I told him the meeting was cancelled, and that Mr. Gulett had been arrested. Upon hearing this, he said, that he was going to head back

to South Carolina. We talked for a few minutes then he excused himself saying that he needed to use his cell phone.

When he came back, he had made the decision just to go on to Louisiana and try and see if he could bail Mr. Gulett out of jail.

Upon our arrival in Calhoun Louisiana Joshua Sutter rented a motel room, a few hours later we left to bail Mr. Gulett out of Jail.

Upon our arrival at the Bail Bondsman Joshua Sutter handed me $215.00, and asked me to handle bailing Mr. Gulett out of jail. It was unknown to me the reason that he did it this way.

The first time that I had met Mr. Gulett, was when he had been released from jail that night.

As I have written before, Mr. Courteau was unwilling to present a possible defense or even discuss this one he said that there was no use in it because I would lose and go to prison for the rest of my life.

The only thing that Mr. Courteau was willing

to do was to have me sign those plea-agreement papers.

Some where near the end of September or the first week of Oct. I did sign the plea-agreement papers. However, since then I had, had a change of heart, and wanted to discuss this with my attorney.

I even tried on several occassions to contact Mr. Courteau, and had left messages for him to come and see me, which he never did...

Originally there had been a court appearance scheduled for December 16th 2005. But on Friday November 4th I found out the court appearance, had been re-scheduled for the following Monday November 7th. Mr. Courteau never informed me of the new court date, and I found out about it through my co-defendant Mr. Oulett.

After the court date on November 7th Mr. Courteau acted in a childish manner and was very rude in his behavior towards me.

As all of these events have started to unroll, I no longer believe that

Michael Courteau does not have my best interests at heart, and I view him as being very neglegent in his duties and defense towards me.

I also believe that Mr. Courteau highly resents me due to my religious and political beliefs.

Most Respectfully: Charles Scott Thornton

*Scott Thornton*

Scott Thornton
3301 North 7th St.
West Monroe, LA 71291

RECEIVED
NOV 10 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

NOT CENSORED
WEST MONROE
CORRECTION CENTER

United States District Judge
Honorable Robert G. James
P.O. Drawer 3087
Monroe, LA 71210