**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**HONORABLE ROBERT G. JAMES,** JUDGE PRESIDING
**DEBBIE LOWERY,** COURT REPORTER
**DEBBIE DICKERSON,** MINUTE CLERK

DATE: MAY 1, 2006

COURT OPENED AT 2:00 P.M.          COURT ADJOURNED AT 2:50 P.M.
REOPENED AT 3:26 P.M.               ADJOURNED AT 3:30 P.M.

**MINUTES OF COURT**

CASE NO.  3:05CR30023-01
DEFENDANT:      MORRIS LYNN GULETT
GOT COUNSEL: ROBERT W. GILLESPIE, JR.
DEFENSE COUNSEL: CAREY J. ELLIS, III
U. S. PROBATION OFFICER: JAY GARNER

CASE CAME ON FOR SENTENCING:

      The Government orally moved for Upward Departure and the Court granted the motion and read the reasons in open court.

      It is the judgment of the Court that the defendant, **Morris Lynn Gulett**, is committed to the custody of the Bureau of Prisons for a term of  60  **months** on Count One, and   72   **months** on Counts Two and Three to run concurrently for a total of 72 Months.

      Upon release from imprisonment, the defendant shall be placed on supervised release for a term of   3  years on Counts One, Two, and Three to run concurrently..  Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report to the Probation Office in the District to which he is released.  While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm or destructive device, shall comply with the standard conditions that have been adopted by this Court and the following special condition:

1.     Because the presentence report and other reliable sentencing information indicates a high risk of future substance abuse, the defendant shall submit to mandatory drug screens at

       the direction of the probation officer following release from confinement.

2.       The defendant shall participate in mental health counseling and/or individual or group counseling at a facility approved by the Court or the Probation Office, until such time the counseling is deemed unnecessary.

       The Court recommends that the defendant be evaluated by the Bureau of Prisons and allowed to participate in the 500 hour comprehensive drug abuse treatment program if he is deemed to be eligible for this program.

       The defendant shall pay a special assessment of $300 to the U. S. Clerk of Court.

       The defendant shall cooperate in the collection of DNA as directed by the U. S. Probation Office.

       The Court finds that the defendant is unable to pay a fine, therefore none is ordered.

       If Notice of Appeal is filed under 18 U.S.C. §3742, the Clerk of Court is directed to transmit the presentence report to the Court of Appeals under seal.