PROB 12B
(7/93)

UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF LOUISIANA

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/10/12

Request for Modifying the Conditions of Supervision

Name of Offender: Morris Lynn Gulett          Case Number: 3:05CR30023-01

Name of Sentencing Judicial Officer: The Honorable Robert G. James, U.S. District Judge

Date of Original Sentence: May 1, 2006

Original Offense: Conspiracy to Commit Bank Robbery, Conspiracy to Possess a Firearm to Commit a Crime, and Possession of a Firearm by a Convicted Felon

Original Sentence: 72 months incarceration, with 3 years supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: August 31, 2010

## PETITIONING THE COURT

To suspend home visits at the defendant's residence.

### CAUSE

The U.S. Probation Office desires to suspend home contacts with the defendant for the remainder of his supervision period.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted:                          Reviewed and approved:


Jennifer L. DeMoss                               Lisa L. Johnson, Supervising
U.S. Probation Officer                           U.S. Probation Officer

Date: February 8, 2012

PROB 12B
Name of Offender: Morris Lynn Gulett
Case Number: 3:05CR30023-01

Page 2

## THE COURT ORDERS:

[ ] No Action
[X] The Modification of Conditions as Noted Above
[ ] Other

_____
Robert G. James
U.S. District Judge

February 10, 2012
Date